MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
BRIAN T. McMILLAN, Bar No. 111890
bmcmillan@littler.com
MARINA C. GRUBER, Bar No. 271542
mgruber@littler.com
LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
Telephone:  408.998.4150
Facsimile:   408.288.5686

Attorneys for Defendant
ESTENSON LOGISTICS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON POLE, individually, and on behalf of other members of putative class, and on behalf of aggrieved employees pursuant to the Private Attorney General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>ESTENSON LOGISTICS, LLC, a Nevada Limited Liability Company; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.  2:15-cv-07196-DDP-E<br><br>ASSIGNED FOR ALL PURPOSES TO HON. DEAN D. PREGERSON<br><br>**DEFENDANT ESTENSON LOGISTICS, LLC'S NOTICE OF NEWLY ACQUIRED FACTS RELEVANT TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Date:   June 27, 2016<br>Time:   10:00 a.m.<br>Courtroom:  3 |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

DEF'S NOTICE OF NEW FACTS
Firmwide:141105917.2 063368.1009

Case No. 2:15-cv-07196-DDP-E

1    Defendant Estenson Logistics, LLC ("Estenson") hereby respectfully gives notice to the Court of newly acquired facts relevant to the Plaintiff's Motion for Class Certification, and the hearing on said motion scheduled to be heard on Monday, June 27, 2016. Specifically, Estenson respectfully gives the Court notice of the following facts:

1.    As of the date of filing of this Notice, forty-three putative class members, including all thirty-four (34) putative class members who are current employees and nine (9) former employees, have executed releases of all claims at issue in this class action lawsuit pursuant to *Chindarah v. Pick Up Stix, Inc.*, 171 Cal. App. 4th 796 (2009). These releases from the putative class members were obtained in late May and early June of 2016. Only seventeen (17) former employee putative class members, including Plaintiff Sharon Pole, have not executed binding settlement agreements with Estenson.

2.    Defendant maintains that the thirty-four current employees who executed release agreements are now barred from pursuing claims for damages that pre-date the date on which they signed the agreements, and that the nine former employees who signed settlement agreements have waived their claims entirely and are no longer members of the putative class. Defendant also maintains that Plaintiff Pole cannot represent the claims of the individuals who have executed release agreements. *See, e.g., Melong v. Micronesian Claims Commission*, 643 F.2d 10, 13 (D.C. Cir. 1980) ("proposed class members who have executed releases can not [sic] be represented by individuals who have not executed a release")

Defendant Estenson respectfully requests that the Court consider the fact of these newly acquired lawful release agreements, entered into by forty-three putative class members after the filing of Plaintiff's Motion for Class Certification, as further support for Defendant Estenson's Opposition to Plaintiff's Motion for Class Certification.

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA 95113.2303
408.998.4150

DEF'S NOTICE OF NEW FACTS
Firmwide:141105917.2 063368.1009

1.    Case No. 2:15-cv-07196-DDP-E

| | |
|---|---|
| 1 | Dated: June 22, 2016 |
| 3 | /s/ Marlene S. Muraco |
| 4 | MARLENE S. MURACO<br>MARINA C. GRUBER |
| 5 | LITTLER MENDELSON, P.C.<br>Attorneys for Defendant<br>ESTENSON LOGISTICS, LLC |

LITTLER MENDELSON, P.C.
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

DEF'S NOTICE OF NEW FACTS
Firmwide:141105917.2 063368.1009      2.      Case No. 2:15-cv-07196-DDP-E