# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON POLE; individually, and on behalf of other members of the putative class, and on behalf of aggrieved employees pursuant to the Private Attorney General Act ("PAGA"),<br><br>Plaintiff,<br><br>v.<br><br>ESTENSON LOGISTICS, LLC, a Nevada corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:15-cv-07196-DDP-E<br><br>**CLASS ACTION**<br><br>**FINAL APPROVAL ORDER** |

Plaintiff Sharon Pole's ("Plaintiff") motion for an order granting final approval of the class action settlement of the above-captioned action, attorneys' fees, costs, and incentive award came on for hearing before the Honorable Dean D. Pregerson in Courtroom 9C of the above-entitled Court on January 22, 2018.

Having read the points and authorities and declaration filed in support thereof, and having heard the parties' argument, the Court finds that:

1. Based on a review of the papers submitted by Plaintiff and a review of the applicable law, the Court finds that the maximum settlement amount of **$950,000.00** ("Settlement") and the terms set forth in the parties' Settlement Agreement and Release of All Claims ("Settlement Agreement") is fair, reasonable, and adequate.

2. The Court further finds that the Settlement was the result of arms'-length negotiations conducted after Class Counsel had thoroughly and adequately investigated the claims and became familiar with the strengths and weaknesses of those claims. In particular, the amount of monies allocated to the Settlement Class Members, and the assistance of an experienced mediator in the settlement process, among other factors, support the Court's conclusion that the Settlement is fair, reasonable, and adequate.

3. The Court also finds that the Notice and the notice methodology implemented pursuant to the Settlement Agreement: (i) constituted the best practicable notice; (ii) constituted notice that was reasonably calculated under the circumstances to apprise Class Members of the pendency of the Action, their right to object to or exclude themselves from the proposed Settlement and their right to appear at the Final Approval Hearing; (iii) were reasonable and constituted due, adequate and sufficient notice to all persons entitled to receive notice; and (iv) met all applicable requirements of the California Code of Civil Procedure, the California and United states Constitutions (including due process), the California Rules of Court and any other applicable law.

**IT IS THEREFORE ORDERED THAT:**

4.      The Court hereby grants final approval of the Settlement and directs the parties to effectuate the Settlement's terms as set forth in the Settlement Agreement.

5.      The Court hereby directs Defendant Estenson Logistics, LLC ("Defendant") to make payment of the **$950,000.00** Settlement Fund to the Settlement Administration, JND Legal Administration ("JND"), no later than ten (10) business days after the Effective Date in accordance with paragraph 3.1.1 of the Settlement Agreement, who shall deposit said amount into a Qualified Settlement Fund.

6.      JND shall calculate and administer the payments to be made to the 72 Class Members, attorneys' fees and costs to Class Counsel, and service payment to the Class Representative pursuant to the Settlement Agreement.  JND shall mail the individual settlement checks to the 72 Class Members no later than five (5) business days after Defendant funds the Settlement.  JND is hereby directed to take all other actions in furtherance of the settlement administration as specified in the Settlement Agreement.

7.      The Court hereby grants final approval of attorneys' fees in the amount of **$332,500** to the Parris Law Firm and costs in the amount of **$82,849.27** to the Parris Law Firm.  JND shall electronically wire the attorneys' fees and costs to the Parris Law Firm no later than five (5) business day after Defendant funds the Settlement.

8.      The Court hereby grants final approval of the payment of **$6,413** to JND Legal Administration for administering the class action settlement in this case.

9.      The Court hereby grants final approval of a service payment in the amount of **$5,000** to Plaintiff Sharon Pole in addition to her share of the Settlement as a Class Member, for her time and efforts serving as the Class Representative.

JND shall mail the service payment along with her individual settlement check to Plaintiff Sharon Pole within five (5) business days after Defendant funds the Settlement.

10. The Court hereby grants final approval of the $15,000 PAGA Payment to the California Labor and Workforce Development Agency.

11. The Court hereby retains continuing jurisdiction over the enforcement and administration of this class action settlement.

**IT IS SO ORDERED.**

DATE: January 22, 2018

                                              Honorable Dean D. Pregerson
                                              United States District Court